TichiNEA-Memet-Salami, Cla,
Petitioner.

U.S. Eastern District
Court of Michigan

v.

IBC Emergency Response Cell.
Extraction Team-31. march 2026.
1st-Shift. unknown Rn 3-31-26. Ert response
Cofficial/individual capacity) — mdoc Inmate healthcare
defendant(s). Contractor-2026

Case: 2:26-cv-11568
Assigned To : White, Robert J.
Referral Judge: Stafford, Elizabeth A.
Assign. Date : 5/12/2026
Description: PRIS MEMET-SALAMI
V IBC EMERGENCY RESPONSE CELL ET AL (LH)

## Statement of facts.

I.] Petitioner. ms. TichiNEA-Memet-Salami. Cla, is a Indigenous Roma- Gypsy Native born Romanian, and European-union National whom is Transgender and Id's as female Spiritually. She is five foot Two inches, 125 LLS, olive Toned, and Step Niece of IRGC military-intelligence. Commander. In-chief (Late) Hossein-Salami. She is The Illegitimate Child of (emil-ConstantinescuUbru) is diagnosed by mdoc and several Therapists as Gender-Dysphoria, Bipolar, Depression, Ptsd and Attachment-disorder. She retains Ptsd due to her service to Romanian Intelligence service. R.S.I as field analyst and Cybersecurity It specialist. Petitioner utilized assaultive force against a Inmate on 17. march 2026, due to The inmate engaging in hate-speech using homophobic, racist and Xenophobic slurs ie (fagot) (fuck boy) (Gypsy-scum) and told (go back to your country or die fagot). The inmate tried To bully Petitioner on Phone by barking orders That "fagots can't use Phone" and when Petitioner rejected his antagonistic, draconian-actions, he spat on Petitioner and She used force twice as hard on The next day-3-19-26. on her Time w/element of surprise. She was sabotaged with her "Guirela-Warfare" when Two officers ran at her and drew Their Taser xd models and Three staff drew their Tear-Gas and forced both Persons to comply, be handcuffed and surrender. Petitioner seriously injured her r-knee in fight and limped handcuffed in Pain to segregation by 2 escorts and refused medical To avoid Police Investigation from outside source-mse-posts if Taken To Local hospital. Petitioner was Taken To 8-block Temporary-seg and Transfered several days Later To 1-black-Long-Term-Segregation Cell 1-210N and had serious Ptsd Triggers- Loud-Yelling, officers screaming at Inmates, Lockers slamming from Inmates who do so for Psychological warfare, and smelling PepperSpray in non-ventilated universal vents. Petitioner has history of not adapting well in Segregation and confinement-alienation. Petitioner was going Thru emotional Trauma flashbacks of R.S.I operations in mexico, Sweden, Cuba, and USA and mental duress of coming out Transgender to family, and mixed emotions of dads' Aniversary of Cancer Passing one-Year, anger of being Treated Sub-human by Mdoc due to being openly homosexual and Transgender, and flashbacks of staff-abuse like food Laced w/Mace, homophobic slurs, alienation, Extrajudicial hits by inmates done on Behalf of mdoc onto Lgbt/grievants/litigants, and flashbacks of seeing death, Torture Beatings, and suicides w/ R.s.I and in mdoc w/ Inmates, she snapped 31. March 2026,

II.] On 3.31-26. Petitioner in each morning told unknown staff "I want To die" and will-Kill-myself. They Laughed and walked off. She made a Nuce cut sheets and after Lunch-Time placed her hands in food slot Preventing officers To close it. She refused to negotiate, disclose, or Talk to C/O-Quezada, LT, Sgt. Halli, unit 1-Rum/pc and Smashed out windows on door and flooded out Cell w/sprinkler. She refused all Diplomatic resolutions to be restrained. Talk, or Cooperate due To much Pent-up anger, Pain, Trauma and ptsd Triggers. ERT Imobalized rainshly six members w/ Tactical Impact vests, helmets, Gas-masks, Gloves, Pads, and Pepperspray Pistol grip foxx 10% - 1602 Gun and Plexiglass- rist Shield and Came To her Cell and gave her "direct order to Come to door to be restrained" or Chemical warfare will be used. Petitioner Put Nuce around her neck Tightly on Top air-vent and jumped off The Toilet once Chemical mace was excessively deployed in attempt to aide in her Suicidal ideology To make any breathing Compled, and heard loud crack and Pain in Lower and r-side neck and Passed out. She awoke To being dragged on floor and kicked 1 Punched in r-Temple w/ boot heel dozen or so Times as unknown ECT member standing on r-side hands on wall/desk kicked skull) hard repeatedly hitting Temple, and r-eye. She had hands held behind back by unknown ECT behind her on Lockside and was Punched hard repeatedly in her L-eye/skull and kicked simistaneously in forehead leaving Boot mark on L-Top forehead.

/s/ _____

POOR QUALITY ORIGINAL

Notary-

Statement of facts
- Part-2-

III.) The unknown Ert members yelled "Stop-resisting" while using excessive force, corporal-punishment, Chemical warfare, and Torture onto me while hands were pinned down by Ert on my back. I was Placed into handCuffs, shackles, picked up by Three CLOs wearing gas masks, vests and someone pushed me so hard into door Jam (cement, a loud Thud occured as Chest and head hit hard, I was Then dragged to A-upper shower where I was pushed into middle shower, not uncuffed to Strip Tear-gas laced Clothes, hair, and Skin and not Given Soap, shampoo or Clean suicide gown, Then Turned hot water on (not to decontaminate) but to agitate the tear-Gas worse and open pores and have it run down body, I was dragged down steps, Pushed onto Chair crus up face down and had Clothes Cut one by one infront Inmates windows and had my Left wrist twisted, and handcuffed loosened w/ key but not removed and Then Yanked off hard Causing pain, Tingly, Scar on L-hand near Thumb-Ly and on L-Side behind, had a Ert right hand on my lower Throat squeezing, in which I yelled "get your fucking hand off my neck or Ill ruin you". He removed hand.

IV.) I was dragged into Cell 1-231, had boxer-briefs Cut ass up face down in Tight restraints, and Ert Yanked off underwear roughly, and hand brushed private side of buttock, w/ Tear-gas Causing Imense pain, I was left "hog-Tied", hands opposite direction on side and forced in fetal position. I asked for Blanket to cover my genitals/buttocks and Ert Threw it on my face and Backed out w/ Shield, shut door, minutes later I was seen by a female social workers who observed me naked barely Covered w/ blanket I Covered up with using Teeth, and mouth over 5 or So mins to Cover - Barely.

V.) I was Burning w/ pulsating pain head To Toe including genitals and Anus over 2 days until social Workers got me forced shower Lt-C-Adw S-Jones, and showered 15 minutes w/ Soap/shampoo, Clean gowns. I had only been Checked for restraints by Rn-31-March 26 and not for visible Injuries until 4-1-26 after shower (Before) and following Injuries existed + were documented on 4-1-26, 4-2-26 and 4-3-26 in H/C reports:
  A.] Two Black swollen-eyes,
  B.] L-Jaw Clicking
  C.] Boot Kick marks L/r-Temple forehead,
  D.] Ligature-neck mark, bulging disk/Tendon (lower) neck,
  E.] Scrapes on L-wrist,
  F.] Blurry-vision-L-eye.
  G.] Severe headaches,

VI.] I was never Immediately secured, and had Rn Come up, evaluate neck Injuries, nor given Pain-meds, nor Emergency CT /xray/ mrI scans on neck 3-31-26, and to This day Experience "mind-boggling" neck-pain on Lower-neck, r/L side and Can hear/feel Crunching in neck, near Brain-stem, Center neck-Tendons and The Provider, nor Comment will Provide urgent mrI (T) scans higher-up meds or have me follow up w/ Provider. I was Abused, degraded, Tortured, and excessive force, and cruel and unusual Punishment were used on me by all defendant(s) Grievance Id # IBC-2624-0684-28A was submitted Timely 4-3-26 and Timely appealed to step 2 on 4-8-26, however deadline to file on resp. Intentionally to sabotage my exhaustion mandate, I Kept Internal Grievances and receipts and exhausted remedy step II on 4-29-26. via more Less expedited mail Confirmation-reciept as "Backdoor to Circumvent Warden's Nefarious actions of Conspiracy To sabotage P-RA by not returning Timely step II on A-wing Base Cameras, papers are allowed in These situations, The matter is secured on A-wing Base Cameras, Cell 1-231 Observation Cameras, C/O-Quezada, Sgt. Hall, responding Lt, all ert, and Sgt Nelson and all officers in vicinity, including A-upper-unit 1 Camera, and Ert Camcorder/Audios-4/31/26 -10:30 am To 4:30 pm,
PG (2)-of-

|s| _[signature]_

Page 3 Statement of Facts Cont'd

**✱ Imminent danger exception✱**

VII.] Plaintiff has since hanging herself 4-31-26 recieved neck xrays (Late) and OTC-mostrion (Ineffective). No Ice despite Tennessen detail, and has not been given a neck-brace by RN/Provider/company healthcare to limit neck pain, hernias/feels loud cracking in her lower-neck, back, and sides, and spinal cord to stem/muscles causing pain, and migraines. She has blurry eye-r and mental documented request to see optometry in kite but has not done so, No emergency xrays, CT, og MrI Scans occured Immediately, and GrT has sent up Inmates from IBC w/rumor-mongering That "she snitched and must be dealt with by yard rules" for involving Disability-Rights Michigan Investigation, doJ-Civil-rights, ombudsman, MSr, Mdoc IAB, Romanian Consul General Chicago, Romania Intelligence service-RSCI and IV LGBT-rights Advocacy Investigations on GrT and unknown RN. Petitioner is in Imminent risk of Life-Long nerve, bone, and CNS Damage, pain that's Immense, repeated migraines, has blurt-Vision in r-eye, Tingleyness in wrist/Thumb, r-elbow, Nausea, Ptsd, and has got no follow ups, mcI, CT Scans of documented Injuries, and has been labelled a "snitch" by mdoc-IBC defendants on Inmates (false) in attempt to Intimidate, abuse, or kill Plaintiff via extrajudicial beatings, Plaintiff is Three-striker but requires fillings-Fees waiver due to risk of Irreperable Injury or death.

## Prayer for Relief.

A.] Juct-Trial on all Punitive, monetary and nominal Damages.

B.] Punitive Damages of $950,000.00 US dollars-exempt-deposit.

C.] Monetary Damages of $150,000.00 per GrT member directly involved in Kicks, Punches and Injurs, exempt deposit,

D.] Nominal-Damages of $10,000.00 usd per GrT member directly Involved in Kicks, Punches and Injuries-exempt-deposit

E.] Arbitration/Meditation Participation,

F.] Discovery,

G.] Delaratory-Judgement,

H.] Petitioner will accept $95,000.00-usd-exempt deposit and not seek $150,000.00 usd per defendant Involved in Color of Law, Deliberate-Indifference, and Cruel and unusual Punishment, if she recieves a Notarized appology Letter of those Involved, and disclosure of who kicked and Punched her (full legal names) and Leave out monetary Damages to $5,000 exempt and $5,000 usd-exempt nominal for Those Involved w/ Torture/abuse/excessive force.) Lack of Medical-Care (NdA)

## Sworn-Oath:

I declare under Penalty of Perjury 28 USC 1746 What is stated is True and Correct To my Knowlegy.

/s/ _____

Ms. Ticnine-memet-salami-cla
mdoc #819845
1500 Cuberfoe-Hwy
Manistee, MI 49660-usa

Encls.        Date: 5. May 2026.        Notary-stamp.

Page 3 of 3

JIS Code: OCN

| STATE OF MICHIGAN<br>PROBATE COURT<br>IONIA   COUNTY | ORDER REGARDING PETITION<br>FOR NAME CHANGE<br>(Part 1) | CASE NO. and JUDGE<br>2026-0000000060-NC |
|---|---|---|

| Court address | Court telephone no. |
|---|---|
| 100 W. Main Street, Ionia, MI 48846 | 616-527-5326 |

**In the matter of** Michael Mohamed Salami

Current first, middle, and last name(s) (type or print)

## THE COURT FINDS:

1. A petition for name change has been filed.

2. ☐ a. Notice was made by publication as required by law. **or**
   ☐ b. An order for nonpublication and confidential record was entered on _____ . **or**
   ☑ c. No proceeding was held and publication is not required.    Date

☐ 3. The noncustodial parent of a minor(s) for whom name change is sought was served notice of proceedings. MCR 3.613(E).

☑ 4. Each person for whom a name change is sought   ☑ has   ☐ has not   been a resident of the county for at least one year.

☑ 5. Michael Mohamed Salami _____ has/have a criminal record.

Name(s) (type or print)

☑ 6. The name change request(s) of Michael Mohamed Salami _____

Name(s)

   ☐ is/are   ☑ is not/are not   made with fraudulent intent.

☐ 7. The petition requests the name change of minor(s). One or more of the following has consented to or signed the petition: **(Check all that apply.)**   ☐ the parents, jointly.   ☐ the sole surviving parent.   ☐ the only available parent if that parent has legal custody.   ☐ the minor's/minors' guardian.   ☐ the guardian of a parent declared mentally incompetent.

☐ 8. The custodial parent has consented to the name change of the minor(s). **(Select a, b, and/or c, as applicable.)**
   ☐ a. The noncustodial parent has had the ability to visit, contact, or communicate with the minor(s) but has regularly and substantially failed or neglected to do so for the past two or more years, **and**
      ☐ a support order has been entered, and the noncustodial parent has failed to substantially comply with the order for a period of two years or more before the filing of the petition for name change.   **or**
      ☐ a support order has not been entered and the noncustodial parent, having the ability to support or assist supporting the minor(s), has failed or neglected to provide regular and substantial support for two years or more before the filing of the petition for name change.
   ☐ b. The noncustodial parent has been convicted of child abuse (MCL 750.136b), criminal sexual conduct (MCL 750.520b, 750.520c, 750.520d, or 750.520e), or assault with intent to commit criminal sexual conduct (MCL 750.520g), and the minor(s) or a sibling of the minor(s) was/were the victim.
   ☐ c. The noncustodial parent has been convicted of first degree murder (MCL 750.316) or second degree murder (MCL 750.317).

☐ 9. The minor(s) is/are 14 years of age or older and   ☐ signed   ☐ did not sign   a written consent to the name change.

☐ 10. The minor(s) is/are under 14 years of age and
   ☐ a. The court consulted the minor(s) concerning the minor's/minors' preference about the name change.
   ☐ b. The minor(s) is/are not of sufficient age to express a preference about the name change.

Form PC 52, Rev. 4/25
MCL 333.2872, MCL 711.1, MCR 3.613
Page 1 of 2

Distribute form to:
Court, Part 1 and 2        State Registrar, Part 1 (as needed)
Petitioner, Part 1
Law enforcement, Part 1 (as needed)
Department of Corrections, Part 1 (as needed)

**Order Following Hearing Regarding Petition for Name Change**   (4/25)
Page 2 of 2

Case No. 2026-0000000060-NC

☑ 11. The name(s) of the following person(s) is/are changed.

| | FROM (former name) | TO (name as changed) | DATE OF BIRTH |
|---|---|---|---|
| **Petitioner** | First: **Michael**<br>Middle: **Mohamed**<br>Last: **Salami** | First: **Tichinea**<br>Middle: **Memet**<br>Last: **Salami** | month, day, year<br><br>**09/17/1995** |
| **Spouse** | First:<br>Middle:<br>Last: | First:<br>Middle:<br>Last: | month, day, year |
| **Minor child** | First:<br>Middle:<br>Last: | First:<br>Middle:<br>Last: | month, day, year |
| **Minor child** | First:<br>Middle:<br>Last: | First:<br>Middle:<br>Last: | month, day, year |

☑ 12. The State Registrar shall create a new live birth certificate for Tichinea Memet Salami
                                                                            Name(s)

☐ all of the above   that does not disclose the name at birth and shall seal the original certificate.

☐ 13. The record of _____   ☐ is confidential.   ☐ is no longer
      confidential.   Name(s)

☐ 14. The request to change the name(s) of _____ is/are
      denied.

☐ 15. The name change request is denied and the petition is dismissed.

_____
Judge signature and date

Attorney Name (type or print)                    Bar no.

Address

City, state, zip                                 Telephone no.

**Note to Petitioner:** You must provide a certified copy of this order to the State Registrar if you want to change your birth certificate.

**Note to Clerk:** Under MCL 711.1(3), if the court enters an order to change the name of a person who has a criminal record, the court shall forward the order to the Criminal Justice Information Center of the Michigan State Police and to one or more of the following:

- the Department of Corrections if the person named in the order is in prison or on parole or has been imprisoned or released from parole in the immediately preceding two years.

- the sheriff of the county in which the person named in the order was last convicted if the person was incarcerated in a county jail or released from a county jail within the immediately preceding two years.

- the court that has jurisdiction over the person named in the order if the person named in the order is under the jurisdiction of the family division of the circuit court or has been discharged from that court's jurisdiction within the immediately preceding two years.

# Blackstone Career Institute™

*Recvd email 12/26/25*

PO Box 3717, Allentown, PA 18106-3717

*02:35am*

## Unofficial Student Transcript
## 31 Lesson Legal Assistant/Paralegal Certificate Program
## 915 clock hours

**Student** Michael M Salami  879045
**Address :** Ionia Corr Fac
1576 W. Bluewater Hwy
Ionia  MI  48846

**Student Number:** 08033863
**Enrollment Date:** 04/20/2016
**Completion Date:** 04/25/2017
**Status Date:** 04/25/2017
**Student Status:** Graduated

| Text/Subject | Date Completed | Grade | Text/Subject | Date Completed | Grade |
|---|---|---|---|---|---|
| **Lesson:1** | | | **Lesson:9** | | |
| • Introduction To Law | 09/20/2016 | 70 | • Constitutional Law Part I | 07/18/2016 | 75 |
| • Contracts Part 1 | 05/31/2016 | 70 | • Constitutional Law Part II | 07/18/2016 | 70 |
| • Contracts Part II | 06/28/2016 | 70 | **Lesson:10** | | |
| • Contracts Part III | 10/03/2016 | 70 | • Constitutional Law Part III | 08/22/2016 | 80 |
| **Lesson:2** | | | **Lesson:11** | | |
| • Law of Torts Part I | 07/18/2016 | 80 | • Legal Research Part I | 09/12/2016 | 70 |
| • Law of Torts Part II | 09/12/2016 | 75 | **Lesson:12** | | |
| • Law of Torts Part III | 06/07/2016 | 100 | • Legal Research Part II | 09/12/2016 | 85 |
| • Law of Torts Part IV | 06/07/2016 | 100 | **Lesson:13** | | |
| **Lesson:3** | | | • Employability Skills | 07/25/2016 | 95 |
| • Criminal Law Part I | 06/06/2016 | 90 | **Lesson:14** | | |
| • Criminal Law Part II | 06/06/2016 | 85 | • Ethics | 07/18/2016 | 95 |
| **Lesson:4** | | | | | |
| • Real Property Part I | 08/22/2016 | 70 | | | |
| • Real Property Part II | 04/07/2017 | 35 | | | |
| **Lesson:5** | | | | | |
| • Real Property Part III | 01/31/2017 | 70 | | | |
| • Real Property Part IV | 01/31/2017 | 70 | | | |
| **Lesson:6** | | | | | |
| • Pleadings in Civil Action Part I | 08/22/2016 | 60 | | | |
| • Pleadings in Civil Action Part II | 08/22/2016 | 70 | | | |
| • Practice in Civil Actions | 10/31/2016 | 100 | | | |
| • Criminal Procedure | 07/05/2016 | 85 | | | |
| **Lesson:7** | | | | | |
| • Wills Part I | 08/22/2016 | 70 | | | |
| • Wills Part II | 08/22/2016 | 55 | | | |
| • Trusts | 08/22/2016 | 70 | | | |
| **Lesson:8** | | | | | |
| • Law of Private Corporations | 09/12/2016 | 70 | | | |
| • Law of Partnerships Part I | 09/12/2016 | 75 | | | |
| • Law of Partnerships Part II | 09/12/2016 | 75 | | | |

**Student Average:**   75.97 %      ** FINAL **      This Document Issued:   12/05/2025

**Blackstone Career Institute**

By: *Valerie L. Behrle* B.S., M.Ed.
Registrar



**A Direct Learning Systems School**

Phone:  610-871-0031 • 800-826-9228  •  Fax:  610-871-0034
email: info@blackstone.edu • www.blackstone.edu

# MICHIGAN DEPARTMENT OF CORRECTIONS

### *"Committed to Protect, Dedicated to Success"*

## MEMORANDUM

**DATE:** March 13, 2026

**TO:** #879045 Salami, Michael Mohamed

**FROM:** B. Mannor, Departmental Analyst

**SUBJECT:** Response to kite received March 12, 2026

Your request for a phone call with a Romanian Consul representative was emailed to the Romanian consulate on 3/13/2026. We are awaiting their response.

cc File
   RO file

# Michigan Department of Corrections
## Kite Response

**Offender #:** 0879045     **Offender Name:** Salami, Michael Mohamed

**Location:** IBC - BELLAMY CREEK CORRECTIONAL FACILITY     **Lock:** 01:231:Bot:A

| | |
|---|---|
| **Discipline:** | Medical |
| **Received Date:** | 04/04/2026 |
| **Initiated Date:** | 04/02/2026 |
| **Taken By:** | McIntyre, Kenneth [KM3] RN |
| **Request Type:** | Medical Question |

**Request Summary:** "I'd like to repeet [sic] that ERT on 3/31/26, which I was suicide attempt hanging, cut me dow after [griffonage] me w/pepperspray [sic]. Two ERT members same time kicked me in -r- temple/punch -L-Temple/Face/Jaw and I have 2 black eyes, injured wrist(s). Blurry visions severe headaches, boot marks on L-forehead. My jaw clicks (L-), hurts to eat pysical [sic] (food 3 day so up diet) Ice and ERT never had medical evaluate me. I have chemical DC burns as [griffonage] sat literal (3) second face shower and was physically subjected to corporal punishment, infested pepperspray [sic] laced food loaf. My r-clavicle is longer then r-clavicle and r-knee /L-shin hurt - i was covered in pepperspray [sic] until 4-1-26 - per Adw Jones/MSW-Gibert-got Shaver to clean OC after 18 hrs (est).

**Plan/Action:** According to your electronic health record (EHR) you were seen by nursing on 3-31-2026 after chemical agents were deployed, you were seen again by nursing on 4-1-2026, and you were seen again on 4-2-2026 by a medical provider. Your EHR shows the provider addressed the concerns you mention in your kite and has ordered an OTC analgesic and imaging. Kite with any further healthcare concerns.

**Comments:**

Exhibit (G)

Proof of Insuries / Conducts

3-31-26

ErT excessive-force

Claims

Evidence of Imminent Danger/Insury fee waiver

*(Exhibit A – Exhaustion remedy proof)*

MICHIGAN DEPARTMENT OF CORRECTIONS        CSJ-318

**DISBURSEMENT AUTHORIZATION (EXPEDITED LEGAL MAIL – PRISONER)**   *Excessive force*   REV. 11/15   4835-3318

**Please PRINT clearly, illegible and/or incomplete forms will not be processed.**

Lock _____ Institution **4-114-ECF**     *IBC 3-31-26*
*Claims*

Prisoner Number **# 879045**    Prisoner Name (Type or Print Clearly) **Tichinca-Salami**

[✓] Legal Postage    [ ] Filing Fee    $ _____    [ ] Certified Mail (Must Be a Court Ordered Requirement)

[ ] New Case    [✓] Case Number **331-cv Re-IBC 26-04-0684-26A Step**
*II appeal IBC*    Pay To **mdOC-PbF**    *- appeal.*

Mailing Address **mdOC Office of Legal Affairs, 9C — Step III**
**P.O. Box 30003**
**Lansing, Mi 48909**

**The Following Section Must Be Completed In Authorizing Staff Member's Presence**

Prisoner Signature *Tichina Salami*    Date & Time Submitted **4-29-26 / 642**

Received by (Type or Print Name & Title) *Larson Ali*    Staff Signature _____

Date &Time Received by Authorizing Staff **4/29/26 / 0842**

**Authorization Denied**

[ ] Does not meet definition of legal mail or court filing fee as identified in OP 05.03.118

[ ] Not hand delivered to authorizing staff member    [ ] New case or case number not on form

[ ] Does not include court order for handling as certified mail    [ ] Other (explain)

[ ] Prisoner refused to sign & date in staff member's presence

_____

Denied by (Type or Print Name & Title) _____ Signature _____

**Section Below to be Completed by Mail Room Staff**

Placed in Mail by (Type or Print Name & Title) **A Sisson GOA**    Signature **A Sisson**

Postage Amount **$ .74**    Date Placed in Outgoing Mail **4/29/26**

**Only Business Office Staff are to Write in the Section Below**

Postage $ _____ Total Obligation $ **74**    [ ] Court Filing Fee Denied Due to NSF

Filing Fee $ _____ Check # _____

Date Copy Sent to Prisoner **4-30-26**

Processed by (Type or Print Name & Title) **AD**    Signature _____

**DISTRIBUTION:** [ ] Prisoner Accounting   [ ] Prisoner   [ ] Counselor's File   [ ] Prisoner

*Certified (First Receipt Item ~ Proof of Exhaustion* ~ *(failed)*

MICHIGAN DEPARTMENT OF CORRECTIONS

**DISBURSEMENT AUTHORIZATION (EXPEDITED LEGAL MAIL ~ PRISONER)**

REV. 11/15  4835-3318

Please PRINT clearly, illegible and/or incomplete forms will not be processed.

Lock ~~IBC~~    Institution    ECF    5-25-26

Prisoner Number    #879045    Prisoner Name    Type or Print Clearly    Ichirea Salami

☑ Legal Postage    ☐ Filing Fee    $    ☑ Certified Mail (Must Be a Court Ordered Requirement)

☑ New Case    ☑ Case Number    Salami vi IBC imd6C    IBC-2604-0697-28B / 2604-0687-28B

Pay To    NSF    2604-0686-28-B-Court record/dizunt    PLRa Request

Mailing Address    IBC Grievance Coordinator    1727 W. BlueWater Hwy    Manistee, MI 49660

*IBC 2604-0785-27A / IBC 2604-0786-28E*

The Following Section Must Be Completed In Authorizing Staff Member's Presence

Prisoner Signature _____    Date & Time Submitted    4-21-26 8:10 am

Received by
Type or Print Name & Title    Turu  PC    Staff Signature _____

Date & Time Received by Authorizing Staff:    4/21/26  0518

**Authorization Denied**

☐ Does not meet definition of legal mail or court filing fee as identified in OP 05.03.118

☐ Not hand delivered to authorizing staff member    ☐ New case or case number not on form

☐ Does not include court order for handling as certified mail    ☐ Other (explain)

☐ Prisoner refused to sign & date in staff member's presence

Denied by
Type or Print Name & Title _____    Signature _____

Section Below to be Completed by Mail Room Staff

Placed in Mail by
Type or Print Name & Title _____    Signature _____

Postage Amount    $ 74    Date Placed in Outgoing Mail    4-22-26

Only Business Office Staff are to Write in the Section Below.

Postage    $ 74    Total Obligation    $ ___    ☐ Court Filing Fee Denied Due to NSF

Filing Fee    $ ___    Check # ___

Date Copy Sent to Prisoner    4-23-26  11-1

Processed by
Type or Print Name & Title _____    Signature _____

DISTRIBUTION: ☐ Prisoner Accounting    ☐ Prisoner    ☐ Counselor's File    ☐ Prisoner

Case 1:26-cv-01653-MV    ECF No. 1, PageID.11    Filed 05/12/26    Page 11 of 25



Case 1:26-cv-01653-MV    ECF No. 1, PageID.12    Filed 05/12/26    Page 12 of 25

0.50 C

Vegan Morning Beverage       1.00 C



4/15/2026 09:17

Case 1:26-cv-01653-MV ECF No. 1, PageID.13 Filed 05/12/26 Page 13 of 25

- can you Please email
Bellamy Creek corr. facility
IBC grievance Cordinator
Scan This
and Inform to thum i

I am Requesting
Step 2 Appeal
for
- IBC 2604-0686-28B
- IBC 2604-0687-28B
- IBC 2604-0657-28B
- IBC 2604-0725-27A
- IBC 2604-0726-28E

you will need to send your
request directly to the IBC
grievance board.

I sent a letter of
Request on Friday but
Would like email to
secure Appeal forms
as well. Thanks :)

Tichinea - Safawi

Offender Cd: 0879045

Offender Nm: SALAMI, MICHAEL MOHAMED

Housing Unit: 05

Diet Nm: Men's Halal Religious Menu

Cycle: 2 - 1

Date: Sunday 4/19/2026

Meal Type: Dinner

Comments: approved Chaplin 4/15/26

| Item/Recipe | Amount |
|---|---|
| Hearty Lentil Stew | 1.00 C |
| Pinto Beans | 0.50 C |
| Carrots | 0.50 C |
| Sugar Cookie Vegan | 1.00 Ea |
| Wheat Bread | 2.00 Sl |
| Beverage Grape | 1.00 C |
| Vegan Morning Beverage | 1.00 C |

To ECF
Grievance
Cvrdinatvc

Page 11 of 126

Bellamy Creek Corr. Facility
C/o- Grievance – Coordinator
1727 W. Bluewater-Hwy
Ionia, mi 48846

Date: 14. April 2026.

Re: step 2 appeal Request

To whom This Concerns:

Pursuant to Pd 03.02.130. I am
making Single request to Appeal Arbitrary
rejections and request Step 2 grievances
Be usps mailed to me at Return address
Below =
- IBC-2604-0697-28-B
- IBC-2026-04-0687-28-B
- IBC-2026-04-0686-28-B

Please Take Note, This Was sent
Via Certified-mail Return-Reciept Trackin
On 4-17-26; and Failure to Provide Forms
in Timely manner via usps first Class
Postage; and Will be Considered refu
to Access Grievance by Intentional meani
Thus, Exhaustion Wouldve Occured per
PLRA

PROOF of Service:

I declare under Penalty of Perjury
What is Stated above is True and Correct.

/s/ Tichinea Salami

Tichinea- Memet-Salami
#879045
~~1068~~
1500 Caberfae-Hwy
Manistee, Mi 49660-usa

CC: JPK/IRCGC

See- P.d 05.03.118 Sec.(M) ✗ ✗ Exhibit ✗ second attempt (failure)

**MICHIGAN DEPARTMENT OF CORRECTIONS**
**DISBURSEMENT AUTHORIZATION/CATALOG ORDER FORM** Second attempt Request CAB-100 4035-1100 10/08

Prisoners write clearly-illegible/incomplete forms will not be processed.    Date: 4-17-26

| Prisoner Number: | Prisoner's Last Name: | Institution: | Lock Number: |
|---|---|---|---|
| 879045 | SaLAMi | ECF | 5-250 |

Pay To: PBF     Step a ReQuest

Address: First-Class Postage- IBC Grievance Cordinate Cost/Amount

IBC 2604-0697-28-B / IBC 2604-0686-28B / $ 74

IBC- 2604-0687-288 / IBC-2604-0725-27A / 05-03.118-

IBC-2604-0726-28E

Reason/Description: (If to relative, identify relationship) See P.d 05-03.118-

Prisoner- mail- Section -(M)

**COMPLETE THIS PORTION FOR CATALOG ORDERS ONLY**

| Page No. | Description of Item | Unit | Catalog Number | Color | Size | Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|
| | IBC 2604-0686-28B | | | | | | $ | $ 74 |
| | IBC 2604-0687-28B | | | | | | | |
| | IBC-2604-0697-28B | | | | | | | |
| | IBC-2604-0725-27A | | | | | | | |
| | IBC-2604-0726-28E | | | | | | | |
| | Step a appeal ReQuest | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Sub-Total _____ $ _____

Delivery Costs _____ $ _____

Tax (if applicable) _____ $ _____

Total Amount Enclosed _____ $ 74

_____ 4-17-26    _____
Prisoner's Signature        Date    Deputy Warden or Authorized Agent    Date

_____ 4/17/26    _____
R.U.M. or Authorized Agent    Date    Warden or Authorized Agent    Date

4-17-26
mailed

| | | |
|---|---|---|
| | | |
| Code | Actual Expense | Batch Number |

PAid
4-20-26

Distribution: White-Business Office; Canary-Vendor; Pink-Property; Goldenrod-Prisoner

MICHIGAN DEPARTMENT OF CORRECTIONS-Bureau of Health Care

CHJ-549 11/05

| HEALTH CARE REQUEST | Exhibit D - Prea Complaint - 3-31-26 - IBC |
|---|---|

**PRISONER: COMPLETE SECTIONS A THROUGH D**

**A** NAME: _____     FACILITY: ___

NUMBER: _____  LOCK: _____  DATE: _____

**B.** This Health Care Request is for the following (check one or more):  ☐ Health Record Copies     ☐ Non-urgent

☐ Dental     ☐ Medication Refill     ☒ Medical     ☐ Optometry     ☐ Mental Health     ☒ Urgent

**C** I have the following problems/symptoms: _____

_____

**D** NOTICE TO PRISONER _____

You will not be denied health care services for lack of personal funds. However, if your account does not have adequate funds, the copayment will be considered an institutional debt and shall be collected as set forth in PD 04.02.105, "Prisoner Funds".

Signing this document formally requests treatment. In addition, it authorizes the DOC to treat or arrange treatment for you and to release any necessary medical information to facilitate that treatment, to review treatment, to respond to a related grievance, or to review any appeal you may make regarding the Department's decision to charge for the care. _____

I have read Section D above, or it has been read to me and I understand that I will be charged $5.00 for my health care visit unless it is for one of the reasons listed below in Section F. If I am charged for this visit, I agree that the $5.00 may be taken from my account.

Prisoner Signature: _____     Date: 4-17-26

**PRISONER: DO NOT WRITE BELOW THIS LINE**

**E** INSTRUCTIONS TO PRISONER _____

_____

_____

_____

_____

An appointment has been scheduled for you on:     Date: _____

| Signature: | Title: | Provider #: | Date: |
|---|---|---|---|

**F** COPAYMENT     (to be filled out by health care):

Note:     If none of the exceptions listed below apply, check the box below and a copay will be charged.

Care that is:
- requested by a QHP (includes transfer assessments, chronic care clinics, intake and annual screening, and required follow-up care)
- for injuries that are work-related as documented by the prisoner's work supervisor
- requested for testing for HIV, STD's, infestations, or reportable communicable diseases
- requested for evaluation, consultation, or treatment of a mental health need
- prompted by a medical emergency (see Section I of the policy, if self-inflicted)

☐     I have reviewed the visit of _____ and certify none of these exceptions apply.
Date

| Signature: | Title: | Provider #: | Date: |
|---|---|---|---|

Distribution:     White - Health Services,     Canary - Prisoner,     Pink - Business Office

Case 1:26-cv-01653-MV    ECF No. 1,  PageID.18    Filed 05/12/26   Page 18 of 25  4835-3228

# MISCONDUCT REPORT

| Prisoner Number: 879045 | Prisoner Name: Salami | | Facility Code: IBC | Lock: 1-210 | Violation Date: 3/31/26 |
|---|---|---|---|---|---|

Time and Place of Violation:
1156     1-210

Contraband Removal Record Provided to Prisoner?
☐ Yes    Date _____ ☒ NA

Misconduct Class: ☐ I  ☒ II  ☐ III     Charge(s): Destruction or Misuse of Property

Describe Violation (If contraband involved, describe in detail; identify any other employee witnesses):
I observed Prisoner Salami 879045 break his sprinkler head and his cell door window.  Prisoner Salami is the sole occupant of cell 1-210. Prisoner had no authorization to destroy the sprinkler head or cell door window.  Prisoner identified by unit count board and ID card. Restitution is requested.  The cost of the sprinkler head is $47.05, the cell door window is $44.09.  The total amount requested is $91.14.

Exhibit (E) misconduct
3/31/26 –

| Reporting Staff Member's Name (Print) Quezada | Reporting Staff Member's Signature | Date and Time Written 4/1/26    0745 |
|---|---|---|

Location/Verification/Condition of Evidence:

Elevated to Class I at review: ☐ No  ☐ Yes     If "yes", explain reason:

## COMPLETE THIS SECTION ONLY FOR REVIEW OF CLASS I MISCONDUCT

Status Pending Hearing:  ☒ Bond   ☒ Segregation   ☐ Confinement to Cell/Room   ☐ Other
☐ Non-Bond List   ☐ Bond Revoked (must give reason)
Reason if Non-Bond:

| Date and Time Given this Status: | Who Notified in Housing Unit of Status: |
|---|---|

Hearing Investigator Requested?  ☐ No  ☐ Yes

Witnesses Requested?  ☐ No  ☐ Yes
If yes, list:

Relevant Documents Requested?  ☐ No  ☐ Yes
If yes, list:

| Additional Comments: | Prisoner Waives 24 Hour Notice of Hearing?  ☐ No  ☐ Yes  Hearing Date: _____ |
|---|---|

| Reviewing Officer's Name (Print) | Reviewing Officer's Signature | Review Date and Time |
|---|---|---|

I have received a copy of this report.  My signature does not necessarily mean that I agree with the report.
☐ Prisoner refused to sign.  Copy given to prisoner.

| Prisoner's Signature | Date |
|---|---|

## WAIVER OF CLASS II HEARING

I understand I have a right to a hearing.  I waive my right to a hearing and plead guilty to all charges.  I also waive my right to appeal and accept the sanctions imposed.

| Prisoner's Signature | Date |
|---|---|

## SANCTIONS IMPOSED (Hearing Investigator enters begin and end dates for Class II misconduct)

| | | Begins: | Ends: | ☐ Counseling/Reprimand (Class III only) |
|---|---|---|---|---|
| ___ Days Toplock | Begins: ___ | Ends: ___ | | |
| ___ Days Loss of Privileges | Begins: ___ | Ends: ___ | ☐ $ ___ Restitution (Class II only) |
| ___ Hours Extra Duty | Begins: ___ | Ends: ___ | |

Property Disposition If _____

| Employee Accepting Plea and Imposing Sanction (Print) | Employee's Signature | Date |
|---|---|---|

| Hearing Investigator's Name (Print) | Hearing Investigator's Signature | Date |
|---|---|---|

Barrier to communication: [☒] None [☐] Blind/Low Vision [☐] D/HH [☐] Other _____.  See CSJ-572C /Case Notes for required effective communication documentation.

Distribution:  Prisoner; Counselor File; Record Office File (Class I and II); Central Office File (Class I); Hearing Investigator (Class I & Class II); Respective Regional Business Office

To: ECF Grievance Coordinator
From: Tichinea- Sakimi #879045- 5-250   4-114
Re: PREA grievance request
Date: 21. April 2026

Hello,

I am Contacting Your office, as I Wish to obtain under PREA - grievance form to report/exhaust remedies. On 3-31-26, at IBC - Cell 1-231, I was Stripped naked w/clothes cut (Boxer-Briefs) and during process officer Weapons Gas- mask hand brushed my genitals, and Side- hip/ buttock w/mace laced gloves. Furthermore I was Stripped by male C/o's despite being Transgender female Girl and I was Left fully naked w/NO gown or blanket covering over genitals/ buttocks. Which allowed cross gender viewing by female C/o's, nurses and Social workers while restrained.

There are No statue of Limitations to report Prea and falls under Internal Affairs Venue. Please secure IBC unit 1- A-in/ing Base Camera, Cell 1-231 Camera, ert Camera- 3/31/26 - 11:05Am to 4:30-Pm. as evidence as I wish to Litigate, etc.

Thank You

/s/ Tichinea Sakimi

The PREA grievance was removed from the PREA reporting, your kite has been forwarded to the facility PREA coordinator.

From: Tichinea- Salami #879045- 5-25C

Re: PREA grievance request

Date: 21. April 2026

Hello,

I am contacting your office as I wish to obtain mdoc PREA- grievance form to report/exhaust remedies - On 3-31-26, in IFC - Cell 1-28l, I was strip naked w/clothes cut (Boxer-Briefs) and during process officer wearing gas-mask hand brushed my genitals, and side-hip/buttock w/range laced gloves. Furthermore I was stuffed in male cell despite being transgender female and I was left fully naked - No gown or blanket covering private genitals/buttocks while subject cross-gender viewing by female CO's, nurses, and social workers while restrained. There are no statute of limitations to report PREA are falls under Internal Affairs Venue. Please secure IFC and I A cell & body camera, cell 1-28l camera on camera- 3/31/26 - time around 4.30 am as evidence as I wish to litigate etc.

Thank You

/s/ Tichinea Salami

Exhibit (F)

Prea grievance
exhaustion request
(failure)

4835-7549

MICHIGAN DEPARTMENT OF CORRECTIONS-Bureau of Health Care

CHJ-549  11/05

## HEALTH CARE REQUEST

**PRISONER: COMPLETE SECTIONS A THROUGH D**

**A** NAME: _____   FACILITY: E CF

NUMBER: _____   LOCK: _____   DATE: _____

**B** This Health Care Request is for the following (check one or more): ☐ Health Record Copies     ☐ Non-urgent

☐ Dental   ☐ Medication Refill   ☑ Medical   ☐ Optometry   ☐ Mental Health     ☑ Urgent

**C** I have the following problems/symptoms: _____

**D** NOTICE TO PRISONER

You will not be denied health care services for lack of personal funds. However, if your account does not have adequate funds, the copayment will be considered an institutional debt and shall be collected as set forth in PD 04.02.105, "Prisoner Funds".

Signing this document formally requests treatment. In addition, it authorizes the DOC to treat or arrange treatment for you and to release any necessary medical information to facilitate that treatment, to review treatment, to respond to a related grievance, or to review any appeal you may make regarding the Department's decision to charge for the care.

I have read Section D above, or it has been read to me and I understand that I will be charged $5.00 for my health care visit unless it is for one of the reasons listed below in Section F. If I am charged for this visit, I agree that the $5.00 may be taken from my account.

Prisoner Signature: _____   Date: _____

**PRISONER: DO NOT WRITE BELOW THIS LINE**

**E** INSTRUCTIONS TO PRISONER _____

An appointment has been scheduled for you on:   Date: _____

Signature: _____   Title: _____   Provider #: _____   Date: _____

**F** COPAYMENT     (to be filled out by health care):

Note:   If none of the exceptions listed below apply, check the box below and a copay will be charged.

Care that is:
- ♦ requested by a QHP (includes transfer assessments, chronic care clinics, intake and annual screening, and required follow-up care)
- ♦ for injuries that are work-related as documented by the prisoner's work supervisor
- ♦ requested for testing for HIV, STD's, infestations, or reportable communicable diseases
- ♦ requested for evaluation, consultation, or treatment of a mental health need
- ♦ prompted by a medical emergency (see Section I of the policy, if self-inflicted)

☐ I have reviewed the visit of _____ and certify none of these exceptions apply.
Date

Signature: _____   Title: _____   Provider #: _____   Date: _____

Distribution:   White - Health Services,   Canary - Prisoner,   Pink - Business Office

MICHIGAN DEPARTMENT OF CORRECTIONS-Bureau of Health Care                                    CHJ-549  11/05

| HEALTH CARE REQUEST | *Exhibit ? proof of refusal to treat Inserts* |
|---|---|

**PRISONER: COMPLETE SECTIONS A THROUGH D**

**A.** NAME: _____  FACILITY: _IB_

NUMBER: _____  LOCK: _I-23_  DATE: _4/4/26_

**B.** This Health Care Request is for the following (check one or more): ☐ Health Record Copies   ☐ Non-urgent

☐ Dental   ☐ Medication Refill   ☑ Medical   ☐ Optometry   ☐ Mental Health   ☑ Urgent

**C.** I have the following problems/symptoms: _____

**D. NOTICE TO PRISONER**

You will not be denied health care services for lack of personal funds. However, if your account does not have adequate funds, the copayment will be considered an institutional debt and shall be collected as set forth in PD 04.02.105, "Prisoner Funds".

Signing this document formally requests treatment. In addition, it authorizes the DOC to treat or arrange treatment for you and to release any necessary medical information to facilitate that treatment, to review treatment, to respond to a related grievance, or to review any appeal you may make regarding the Department's decision to charge for the care.

I have read Section D above, or it has been read to me and I understand that I will be charged $5.00 for my health care visit unless it is for one of the reasons listed below in Section F. If I am charged for this visit, I agree that the $5.00 may be taken from my account.

Prisoner Signature: _____  Date: _____

**PRISONER:  DO NOT WRITE BELOW THIS LINE**

**E. INSTRUCTIONS TO PRISONER**

_____

_____

_____

_____

An appointment has been scheduled for you on:   Date:

Signature:                    Title:          Provider #:          Date:

**F. COPAYMENT**   (to be filled out by health care):

Note:   If none of the exceptions listed below apply, check the box below and a copay will be charged.

Care that is:
- ◆ requested by a QHP (includes transfer assessments, chronic care clinics, intake and annual screening, and required follow-up care)
- ◆ for injuries that are work-related as documented by the prisoner's work supervisor
- ◆ requested for testing for HIV, STD's, infestations, or reportable communicable diseases
- ◆ requested for evaluation, consultation, or treatment of a mental health need
- ◆ prompted by a medical emergency (see Section I of the policy, if self-inflicted)

☐   I have reviewed the visit of _____ and certify none of these exceptions apply.
                                Date

Signature:                    Title:          Provider #:          Date:

Distribution:    White - Health Services,    Canary - Prisoner,    Pink - Business Office

4835-7549

MICHIGAN DEPARTMENT OF CORRECTIONS-Bureau of Health Care    CHJ-549 11/05

| HEALTH CARE REQUEST | *Exhibit D - proof of ongoing injurys* |
|---|---|

**PRISONER: COMPLETE SECTIONS A THROUGH D**  *unresolved*

**A** NAME: _Salomi_    FACILITY: C.R.F

NUMBER: _37345_    LOCK: _5_25 P_    DATE: _4/14/26_

**B.** This Health Care Request is for the following (check one or more): ☐ Health Record Copies    ☐ Non-urgent

☐ Dental    ☐ Medication Refill    ☒ Medical    ☐ Optometry    ☐ Mental Health    ☒ Urgent

**C.** I have the following problems/symptoms: _My lower neck hurts from attempted suicide on 3-31-26 (see H/C records 4/1/26, 4/2/26, 4/3/26. It hurts to make Cirle movements/turns and I [was] circle to eat as If face punched me in Jaw both eyes, I get headaches now in center front Skull. "Can I Please have printout of 3/31/26 4/1/26, 4/3/26, 4/9/26 ATF/Medical records_

**D** NOTICE TO PRISONER  _"I need Afternoon/pm clothes Snack bag"_

You will not be denied health care services for lack of personal funds. However, if your account does not have adequate funds, the copayment will be considered an institutional debt and shall be collected as set forth in PD 04.02.105, "Prisoner Funds".

Signing this document formally requests treatment. In addition, it authorizes the DOC to treat or arrange treatment for you and to release any necessary medical information to facilitate that treatment, to review treatment, to respond to a related grievance, or to review any appeal you may make regarding the Department's decision to charge for the care.

I have read Section D above, or it has been read to me and I understand that I will be charged $5.00 for my health care visit unless it is for one of the reasons listed below in Section F. If I am charged for this visit, I agree that the $5.00 may be taken from my account.

Prisoner Signature: _____    Date: _4/14/26_

**PRISONER: DO NOT WRITE BELOW THIS LINE**

**E** INSTRUCTIONS TO PRISONER _____

_____

_____

_____

_____

_____

| An appointment has been scheduled for you on: | Date: | |
|---|---|---|
| Signature: | Title: | Provider #: | Date: |

**F** COPAYMENT    (to be filled out by health care):

Note:    If none of the exceptions listed below apply, check the box below and a copay will be charged.

Care that is:
- ♦ requested by a QHP (includes transfer assessments, chronic care clinics, intake and annual screening, and required follow-up care)
- ♦ for injuries that are work-related as documented by the prisoner's work supervisor
- ♦ requested for testing for HIV, STD's, infestations, or reportable communicable diseases
- ♦ requested for evaluation, consultation, or treatment of a mental health need
- ♦ prompted by a medical emergency (see Section I of the policy, if self-inflicted)

☐ I have reviewed the visit of _____ and certify none of these exceptions apply.
          Date

| Signature: | Title: | Provider #: | Date: |
|---|---|---|---|

Distribution:    White - Health Services,    Canary - Prisoner,    Pink - Business Office

**HEALTH CARE REQUEST**   Exhibit (J) Proof of Insurt Pain (JC)

PRISONER: COMPLETE SECTIONS A THROUGH D     Mdoc / Medical

**A** NAME: Tichinea Salaump     FACILITY: JC

NUMBER: #879045   LOCK: ☒ JCB  1-2/1   DATE: 8/ April 2026

**B.** This Health Care Request is for the following (check one or more): ☐Health Record Copies   ☐ Non-urgent

☐Dental  ☐Medication Refill  ☒Medical  ☐Optometry  ☐Mental Health   ☒ Urgent

**C.** I have the following problems/symptoms: I need to have Dietician Instate my snack bags for lunch/night-pm-snacker as the meds cause discomfort, on empty Stomach. I need to Take slot wastage 4-8-26 -7pm or so to get w/ Lt. Services, Body Cam activated because CISS won't give me kirsing I need to Speak w/a Psychiatrist (or) Social Worker/Pschologists. I've never got Ice detail Printout, neck Brace as neck hurts burns- 3-31-26 because I never got a Single Ice Pack or X-ray results, print out of consultation. Burns bad and my neck pain is 8-9 of 10.

**D** NOTICE TO PRISONER

You will not be denied health care services for lack of personal funds. However, if your account does not have adequate funds, the copayment will be considered an institutional debt and shall be collected as set forth in PD 04.02.105, "Prisoner Funds".
Provider thats, I have Pain Still in r-Temple/l-wrist
Signing this document formally requests treatment. In addition, it authorizes the DOC to treat or arrange treatment for you and to release any necessary medical information to facilitate that treatment, to review treatment, to respond to a related grievance, or to review any appeal you may make regarding the Department's decision to charge for the care. w/
Is Priority Burns as Est Yanked Cuffs w/out helping it yanked off

I have read Section D above, or it has been read to me and I understand that I will be charged $5.00 for my health care visit unless it is for one of the reasons listed below in Section F. If I am charged for this visit, I agree that the $5.00 may be taken from my account.

Prisoner Signature: _____   Date: 4-8-26.

PRISONER: DO NOT WRITE BELOW THIS LINE

**E** INSTRUCTIONS TO PRISONER

An appointment has been scheduled for you on:   Date: _____

Signature: _____   Title: _____   Provider #: _____   Date: _____

**F** COPAYMENT   (to be filled out by health care):

Note:  If none of the exceptions listed below apply, check the box below and a copay will be charged.

Care that is:
♦ requested by a QHP (includes transfer assessments, chronic care clinics, intake and annual screening, and required follow-up care)
♦ for injuries that are work-related as documented by the prisoner's work supervisor
♦ requested for testing for HIV, STD's, infestations, or reportable communicable diseases
♦ requested for evaluation, consultation, or treatment of a mental health need
♦ prompted by a medical emergency (see Section I of the policy, if self-inflicted)

☐  I have reviewed the visit of _____ and certify none of these exceptions apply.
                                    Date

Signature: _____   Title: _____   Provider #: _____   Date: _____

Distribution:   White - Health Services,   Canary - Prisoner,   Pink - Business Office

Case 1:26-cv-01653-MV    ECF No. 1,   PageID.25    Filed 05/12/26    Page 25 of 25



Tichineon Mohamed-Salami, oaks
#879045-Seednost Core, Facility
1500-1625-Pierce-Rd Caberfae Hwt
Fleetland Michigan 49625
Manistee, U.S.A 49660

U.S. Eastern District Court-Michigan

RECEIVED
MAY 12 2026
CLERK'S OFFICE
U.S. DISTRICT COURT

* Legal Mail-
2-Page enclosed
* Privado Diplomatica
Comunicado-VCCR —

FIRST-CLASS

US POSTAGE PITNEY BOWES
ZIP 49660   $ 002.10⁰
02 7W
0008040228 MAY 05 2026

231 W. Lutayétte-Blvd
Detroit MP, 48226
Los Angeles California
, U.S.A